KC **FILED** cH
JAN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Debra A. Luster-Wilson
(Please print)

STREET ADDRESS: 404 Homestead Rd

CITY/STATE/ZIP: La Grange Park, Il 60526

PHONE NUMBER: 708.352.1981 (H) or 708.969.1983 (c)

CASE NUMBER:   08CV533
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

_____          _____
Signature: Debra A. Luster-Nelson          Date: January 24, 2008