# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DEBRA A. LUSTER-WILSON, Plaintiff,<br>v.<br>GRANT THORNTON, LLP, Defendant. | Case Number: 08 C 533 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GRANT THORNTON, LLP

| | |
|---|---|
| NAME (Type or print)<br>Chad W. Moeller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Chad W. Moeller | |
| FIRM<br>Neal, Gerber & Eisenberg LLP | |
| STREET ADDRESS<br>2 N. LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243515 | TELEPHONE NUMBER<br>(312) 269-5370 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |