**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)  Debra A. Luster- Wilson

FILED

MAR 10 2008                    Case Number:  08 C 0533

v.                    MAR 1 0 2008

Defendant(s)  Grant Thornton, LLP          MICHAEL W. DOBBINS    Judge: John M. Darrah
1901 S. Meyers          CLERK, U.S. DISTRICT COURT
Oak Brook Terrace Il 60181

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.   I,  __Debra A. Luster-Wilson__ ,declare that I am the (check appropriate box)

☑ plaintiff   ☐ defendant in the above-entitled proceeding and state that I am unable to afford
the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
this proceeding[NOTE: This item *must* be completed]:
I have called several lawyers and they were not willing to represent
me. The ones who would wanted $10k-$30k to start.

3.   In further support of my motion, I declare that (check appropriate box):

☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court
in this or any other civil or criminal proceeding before this Court.

☐ I am currently, or previously have been, represented by an attorney appointed by the Court
in the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
detailing my financial status.

☑ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
it is a true and correct representation of my financial status.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
However, my financial status has changed and I have attached an Amended Application to Proceed *In
Forma Pauperis* to reflect my current financial status.

5.   I declare under penalty that the foregoing is true and correct.

_Debra A. Luster Wilson_          _404 Homestead Rd #3_
Movant's Signature          Street Address

_3/3/08_          _La Grange Park Il 60526_
Date          City, State, ZIP