FILED
JANUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00533   Document 11   KJ   Filed 01/24/2008   Page 1 of 4

RECEIVED
JAN 24 2008
JAN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Debra A. Luster-Wilson
Plaintiff

v.

Grant Thornton, LLP
Defendant(s)

CASE NUMBER: 08 C 533

JUDGE: _____

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Debra A. Luster-Wilson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes  ☒No  (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2. Are you currently employed?   ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 6/11/07
      Monthly salary or wages: 62,000 year
      Name and address of last employer: NAVI Global Solution, 3075 Highland Parkway, Downers Grove, IL

   b. Are you married?  ☒Yes  ☐No  Separated. He no longer lives in home.
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  total                                     ☒Yes  ☐No
      Amount 1,800  3 weeks  Received by Office Team Temporary Agency
      12.50 an hr.

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☐No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: 2007 Chrysler Sebring
Current value: 21,000
In whose name held: USbc   Relationship to you: Car owner til I pay it off

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1/24/08

Signature of Applicant

(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____   _____
DATE                      SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

-3-

**STATE OF ILLINOIS**
**DEPARTMENT OF EMPLOYMENT SECURITY**

2729

5228

DIRECTDEPOSIT BENEFIT PAYMENT EXPLANATION

IDENTIFICATION NUMBER.
03154048286

LOCAL OFFICE NUMBER.
15

DEBRA A. WILSON
404 HOMESTEAD
LAGRANGE PK#3, IL  60526

DEPOSIT ID
10610074

| WEEK ENDING DATE | GROSS BENEFIT | DEDUCTIONS | | | | | | | SUPPLEMENT | NET BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME | UNAVAILABLE | RETIREMENT | OTHER | RECOUPMENT | CHILD SUPP. | TOTAL | | |
| 02/09/2008 | 447.00 | | | | | | | | | 447.00 |
| 02/16/2008 | 447.00 | | | | | | | | | 447.00 |

Payment Amount Reflects $ 0.00 Withheld as Tax    TOTAL AMT    $ 894.00

| PAYDATE | WEEKS |
|---|---|
| 02/19/2008 | 2 |

300805015398 / 10610074

YOUR CURRENT SUBPROGRAM ACCOUNT IS ALMOST EXHAUSTED.

**NOTICE**

A total of  $894.00  was deposited into your bank account. Please contact your local office if your benefit payment was not correctly deposited. To avoid delays in your payment, please contact your local office before you change bank accounts or cancel your direct deposit authorization.

— **IMPORTANT** —
1. SAVE THIS INFORMATION AND BRING TO YOUR LOCAL OFFICE IF YOU HAVE ANY QUESTIONS ABOUT YOUR BENEFIT AMOUNT.
2. IF YOU ARE CERTIFYING FOR BENEFITS BY MAIL, COMPLETE THE ENCLOSED CERTIFICATION FORM AND MAIL IT ON THE DATE INDICATED.
3. IF YOU ARE CERTIFYING FOR BENEFITS BY TELEPHONE CONTINUE TO CALL TELE-SERVE.
4. CONTACT YOUR LOCAL OFFICE IMMEDIATELY IF YOU HAVE A QUESTION ABOUT YOUR CLAIM.