## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 533 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Debra A. Luster - Wilson vs. Grant Thornton | | |

**DOCKET ENTRY TEXT**

Plaintiff's motions to proceed in forma pauperis and motion for appointment of counsel are granted [4,11,10]. Summons to issue. The Court appoints Bettina Getz, Mayer Brown Rowe & Maw, 190 S. LaSalle, Chicago, IL., 60603, (312) 701 - 7308 to represent the plaintiff. Status hearing set for 4/30/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|