# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
DEBRA A. LUSTER-WILSON, Plaintiff,

v,

GRANT THORNTON, LLP, Defendant.

Case Number: 08 C 533

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BETTINA GETZ

| |
|---|
| NAME (Type or print) |
| Bettina Getz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bettina Getz |
| FIRM |
| Mayer Brown LLP |
| STREET ADDRESS |
| 71 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6182778 | (312) 782-0600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]

American LegalNet, Inc.
www.USCourtForms.com