**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Debra A. Luster-Wilson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 533 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| Grant Thornton, LLP, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | |

**BETTINA GETZ'S MOTION TO WITHDRAW AS APPOINTED COUNSEL
FOR DEBRA A. LUSTER-WILSON DUE TO CONFLICT OF INTEREST**

Bettina Getz, on her own behalf, moves as follows:

1.      I am an attorney with the law firm of Mayer Brown LLP ("Mayer Brown").  On March 25, 2008, this Court appointed me to represent Debra Luster-Wilson in this case.

2.      Upon receiving notice of this appointment through my law firm's docket department, I initiated an internal check for conflicts of interest.  The conflicts check showed that Grant Thornton, LLP ("Grant Thornton") is a long-term and existing client of my law firm, Mayer Brown, and that the firm is now handling several active matters for Grant Thornton.  I thereafter confirmed the nature and scope of our firm's representation of Grant Thornton with a number of Mayer Brown partners.

3.      The allegations of Ms. Luster-Wilson's complaint in this action make it clear that Ms. Luster-Wilson's position in this case is directly adverse to the position of Grant Thornton, an existing Mayer Brown client.  As such, my professional responsibility and obligations prohibit me from acting as Debra Luster-Wilson's attorney in this matter.

WHEREFORE, Bettina Getz respectfully requests that this Court grant her motion to withdraw as counsel for Debra Luster-Wilson due to an existing conflict of interest.

Dated:  March 28, 2008                    Respectfully submitted,


                                          /s Bettina Getz
                                          Mayer Brown LLP
                                          71 South Wacker Drive
                                          Chicago, Illinois 60606
                                          (312) 782-0600

## CERTIFICATE OF SERVICE

Bettina Getz, an attorney, certifies that on March 28, 2008, she caused the foregoing

**NOTICE OF MOTION** and **BETTINA GETZ'S MOTION TO WITHDRAW AS**

**APPOINTED COUNSEL FOR DEBRA LUSTER-WILSON DUE TO CONFLICT OF**

**INTEREST** to be served as follows:

### BY ELECTRONIC MAIL

Chad W. Moeller
Sonya Rosenberg
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
*Attorneys for Grant Thornton, LLP*

### BY OVERNIGHT COURIER

Debra Luster-Wilson
404 Homestead Road
LaGrange, Illinois 60526

/s Bettina Getz