IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Debra A. Luster-Wilson, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 533 |
| ) | |
| v. ) | Judge John W. Darrah |
| ) | |
| Grant Thornton, LLP, ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:  Chad W. Moeller                           Debra Luster-Wilson
     Sonya Rosenberg                           404 Homestead Road
     Neal, Gerber & Eisenberg                  LaGrange, Illinois 60526
     Two North LaSalle Street
     Suite 2200
     Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on April 8, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John W. Darrah in Room 1203 or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present BETTINA GETZ'S MOTION TO WITHDRAW AS APPOINTED COUNSEL FOR DEBRA LUSTER-WILSON DUE TO CONFLICT OF INTEREST, a copy of which is hereby served upon you.

                                   /s Bettina Getz
                                   Mayer Brown LLP
                                   71 South Wacker Drive
                                   Chicago, Illinois 60606
                                   (312) 782-0600

## CERTIFICATE OF SERVICE

Bettina Getz, an attorney, certifies that on March 28, 2008, she caused the foregoing **NOTICE OF MOTION** and **BETTINA GETZ'S MOTION TO WITHDRAW AS APPOINTED COUNSEL FOR DEBRA LUSTER-WILSON DUE TO CONFLICT OF INTEREST** to be served as follows:

**BY ELECTRONIC MAIL**

Chad W. Moeller
Sonya Rosenberg
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
*Attorneys for Grant Thornton, LLP*

**BY OVERNIGHT COURIER**

Debra Luster-Wilson
404 Homestead Road
LaGrange, Illinois 60526

/s Bettina Getz