## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 533 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Debra A. Luster - Wilson vs. Grant Thornton, LLP. | | |

**DOCKET ENTRY TEXT**

Motion by attorney Bettina Getz to withdraw as counsel for the plaintiff due to conflicts of interest is granted [15]. The Court appoints Kimberly A. Ross, Cremer Kopon Shaughnessy & Spina, LLC, 180 N. LaSalle, Suite 3300, Chicago, IL., 60601, (312) 726 - 3800 to represent the plaintiff. Status hearing set for 5/14/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|