# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| DEBRA A. LUSTER-WILSON, | |
| Plaintiff | |
| v. | 08-CV-533 |
| GRANT THORNTON, LLP, | |
| Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEBRA A. LUSTER-WILSON

| NAME (Type or print) |  |
|---|---|
| KIMBERLY A. ROSS | |
| FIRM | |
| CREMER, KOPON, SHAUGHNESSY & SPINA, LLC | |
| STREET ADDRESS | |
| 180 North LaSalle Street, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS | TELEPHONE NUMBER |
| 06231248 | 312 / 726-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||

99-134/#190382