KAR/GMW/rms                                                                 99-134-29-119

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBRA A. LUSTER-WILSON,           )
                                  )
                    Plaintiff,    )
                                  )   No.: 08 CV 533
          v.                      )
                                  )   Honorable Judge John W. Darrah
GRANT THORNTON, LLP,              )
                                  )   Magistrate Judge Maria Valdez
                    Defendant.    )
                                  )

### NOTICE OF ELECTRONIC FILING

TO:   Mr. Chad W. Moeller
      Ms. Sonya Rosenberg
      Neal Gerber & Eisenberg LLP
      2 N. LaSalle Street, Suite 2200
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 18th day of April, 2008, there was electronically filed with the Clerk of the Court, on behalf of Plaintiff, DEBRA A. LUSTER-WILSON, her **Appearance** and this **Notice of Electronic Filing**.

                              DEBRA A. LUSTER-WILSON


                              BY:    /s/ Kimberly A. Ross            .
                                     One of her Attorneys

Kimberly A. Ross
Geoffrey M. Waguespack
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800
(312) 726-3818 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2008, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Mr. Chad W. Moeller
Ms. Sonya Rosenberg
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
*Attorneys for Plaintiff*

/s/ Kimberly A. Ross

99-134/#190386