U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:

DEBRA A. LUSTER-WILSON,

                  Plaintiff

v.                                                        08-CV-533

GRANT THORNTON, LLP,

                  Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                  DEBRA A. LUSTER-WILSON

| |
|---|
| NAME (Type or print)<br><br>GEOFFREY M. WAGUESPACK |
| FIRM<br><br>CREMER, KOPON, SHAUGHNESSY & SPINA, LLC |
| STREET ADDRESS<br><br>180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS<br><br>06279986 | TELEPHONE NUMBER<br><br>312 / 726-3800 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐         NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐         NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐         NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |

99-134/#190383