UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Debra A. Luster–Wilson
                        Plaintiff,

v.                                           Case No.: 1:08–cv–00533
                                                            Honorable John W. Darrah

Grant Thornton, LLP.
                        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: June 3, 2008

                                                              /s/ John W. Darrah

                                                         United States District Judge