IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. LUSTER-WILSON,<br><br>**Plaintiff,**<br><br>v.<br><br>GRANT THORNTON LLP<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)  Case No. 08 C 533<br>)<br>)  Judge Darrah<br>)<br>)<br>) |

### NOTICE OF MOTION

To:   Kimberly A. Ross
      Cremer Kopon Shaughnessy & Spina LLC
      180 N. LaSalle Street, Suite 3300
      Chicago, Illinois 60601


On Tuesday, August 19, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah in Room 1203 or any judge sitting in his stead, in the courtroom usually occupied by him in U.S. District Court for the Northern District of Illinois, 219 N. Dearborn, Chicago, Illinois and then and there present the Defendant's Motion to Enforce the Parties' Settlement Agreement and to Dismiss Plaintiff's Complaint with Prejudice, a copy of which has been served upon you.

Dated: August 1, 2008            Respectfully submitted,

                                 **GRANT THORNTON LLP**


                                 By: ___/s/ Chad W. Moeller_____
                                        One of Its Attorneys

- 2 -

Chad W. Moeller
Sonya Rosenberg
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing Notice of Motion on:

>Kimberly A. Ross
>Cremer Kopon Shaughnessy & Spina LLC
>180 N. LaSalle Street, Suite 3300
>Chicago, Illinois 60601

by electronic filing this 1st day of August, 2008.

>/s/ Chad W. Moeller
>One of the Attorneys for Defendant Grant Thornton LLP

NGEDOCS: 1553540.1

- 3 -