KAR/GMW/rp                                                              99-134-29-119

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. LUSTER-WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 08 CV 533 |
| v. | ) |
| | ) Honorable Judge John W. Darrah |
| GRANT THORNTON, LLP, | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |
| | ) |

### MOTION FOR RELIEF FROM APPOINTMENT PURSUANT TO L.R. 83.38

1. On April 9, 2008, attorney Kimberly A. Ross was court-appointed as counsel for Plaintiff DEBRA A. LUSTER-WILSON, pursuant to Local Rule 83.36.

2. On June 3, 2008, Judge John W. Darrah transferred this matter to Magistrate Judge Maria Valdez for a settlement conference, prior to the parties engaging in any written discovery.

3. On July 23, 2008, Judge Valdez held a lengthy settlement conference with all parties and counsel present.

4. During the settlement conference, a settlement offer was made by Defendant GRANT THORNTON, LLP and accepted by Plaintiff.

5. Subsequent to the acceptance, Plaintiff indicated to all counsel and to Judge Valdez that she had changed her mind on the settlement. She was then given an additional seven days to think about the settlement offer, but at the end of the seven days, she still decided that she no longer wanted to settle for the amount previously accepted.

6. GRANT THORNTON has now filed a motion to enforce the settlement agreement. As a result, Plaintiff's counsel has a conflict of interest in continuing to represent Plaintiff and has explained this conflict to Plaintiff.

7. Therefore, pursuant to Local Rules 83.17 and 83.38(a)(1), (3) and (5), Plaintiff's counsel, Kimberly A. Ross (and Geoffrey M. Waguespack and the law firm of Cremer, Kopon, Shaughnessy & Spina, LLC), requests that the Court allow them leave to withdraw and to be relieved of all further obligations of the appointment.

WHEREFORE, attorney Kimberly A. Ross respectfully requests entry of an order relieving her of all further obligations under the Court's prior Local Rule 83.36 appointment, and for leave for Kimberly Ross, Geoffrey M. Waguespack and the law firm of Cremer, Kopon, Shaughnessy & Spina, LLC to withdraw as counsel for Plaintiff.

DEBRA A. LUSTER-WILSON

BY:    /s/ Kimberly A. Ross
      One of her Attorneys

Kimberly A. Ross
Geoffrey M. Waguespack
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800
(312) 726-3818 Facsimile

99-134/#199178