KAR/GMW/ld                                                                99-134-29-119

UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF ILLINOIS<br>
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. LUSTER-WILSON, | ) |
| Plaintiff, | ) |
| | ) No.: 08 CV 533 |
| v. | ) |
| | ) Honorable Judge John W. Darrah |
| GRANT THORNTON, LLP, | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |

<b><u>NOTICE OF MOTION</u></b>

TO:   Mr. Chad W. Moeller
       Ms. Sonya Rosenberg
       Neal Gerber & Eisenberg LLP
       2 N. LaSalle Street, Suite 2200
       Chicago, Illinois 60602

On **August 19, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John W. Darrah in Room 1203, or any judge sitting in his stead in the courtroom usually occupied by him, and then and there move for a hearing *instanter* on Plaintiff Debra A. Luster-Wilson's Counsel's **Motion for Relief from Appointment Pursuant to L.R. 83.38**, at which time and place you may appear as you see fit to do.

                                                        DEBRA A. LUSTER-WILSON

                                                        BY:   /s/ Kimberly A. Ross          .
                                                                One of Its Attorneys

Ms. Kimberly A. Ross
CREMER, KOPON, SHAUGHNESSY &
SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601

(312) 726-3800
(312) 726-3818 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2008, the foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Mr. Chad W. Moeller
Ms. Sonya Rosenberg
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
Attorneys for GRANT THORNTON, LLP

The undersigned certifies that the foregoing Notice of Motion and the documents referred to therein were served by mailing a copy to each person identified below on the 5th day of August, 2008, at Chicago, Illinois, and was sent via e-mail:

Ms. Debra A. Luster-Wilson
404 Homestead Road
LaGrange Park, Illinois 60526

/s/ Kimberly A. Ross

99-134/#199308.doc