KAR/GMW/rp                                                                 99-134-29-119

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. LUSTER-WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 08 CV 533 |
| v. | ) |
| | ) Honorable Judge John W. Darrah |
| GRANT THORNTON, LLP, | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |
| | ) |

**NOTICE OF ELECTRONIC FILING**

TO:   Mr. Chad W. Moeller
      Ms. Sonya Rosenberg
      Neal Gerber & Eisenberg LLP
      2 N. LaSalle Street, Suite 2200
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on the 5th day of August, 2008, there was electronically filed with the Clerk of the Court, Plaintiff Debra A. Luster-Wilson's Counsel's **Motion for Relief from Appointment Pursuant to L.R. 83.38**; and this **Notice of Electronic Filing**.

                              BY:   /s/ Kimberly A. Ross            .
                                    One of her Attorneys

Kimberly A. Ross
Geoffrey M. Waguespack
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800
(312) 726-3818 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2008, the foregoing Notice of Electronic Filing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Mr. Chad W. Moeller
Ms. Sonya Rosenberg
Neal Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
Attorneys for GRANT THORNTON, LLP

The undersigned certifies that the foregoing Notice of Electronic Filing and the documents referred to therein were served by mailing a copy to each person identified below on the 5th day of August, 2008, at Chicago, Illinois, and was sent via e-mail:

Ms. Debra A. Luster-Wilson
404 Homestead Road
LaGrange Park, Illinois 60526

/s/ Kimberly A. Ross

99-134/#199192