# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 533 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Debra A. Luster - Wilson vs. Grant Thornton, LLP | | |

**DOCKET ENTRY TEXT**

Plaintiff's counsel's motion to withdraw as attorney due to conflicts of interest is granted [31] . Kimberly A. Ross and Geoffrey M. Waguespack are hereby withdrawn. The Court appoints Paul M. Fullerton, Clingen Callow & McClean LLC, 2100 Manchester Road, Suite 1750, Wheaton, IL  60187, (630) 871 - 2600, fullerton@ccmlawyer.com, to represent the plaintiff. Status hearing set for 8/27/08 is re-set to 9/30/08 at 9:00 a.m. Defendant's motion to enforce the settlement agreement and to dismiss the plaintiff's complaint with prejudice [29] is entered and continued to 9/30/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|