## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 533 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Debra Luster - Wilson vs. Grant Thornton, LLP | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, Paul Fullerton, now being a judicial officer, is hereby withdrawn as attorney for the plaintiff. The Court appoints Steven Malina, Greenberg Traurug LLP, 77 W. Wacker Drive, Suite 2500, Chicago, IL., 60601, (312) 456 - 8400, malinas@gtlaw.com, to represent the plaintiff. Status hearing set for 9/30/08 is re-set to 10/15/08 at 9:00 a.m. Defendant's motion to enforce the settlement agreement and to dismiss the plaintiff's complaint with prejudice [29] set for 9/30/08 is entered and continued to 10/15/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|